UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK ALLEN ISHAM,<br><br>        Defendant. | INDICTMENT  CR 12-297 DSD/LIB<br><br>(18 U.S.C. § 117)<br>(18 U.S.C. § 1151) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Domestic Assault by an Habitual Offender)

On or about August 22, 2012, in the State and District of Minnesota, and within the exterior boundaries of the Bois Forte Indian Reservation, the defendant,

**MARK ALLEN ISHAM,**

an Indian, who had previously been convicted on at least 2 prior separate occasions in Federal, State or Indian tribal court for offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, and serious violent felony against a spouse or intimate partner or an offense under the Interstate Domestic Violence and Stalking laws, namely:

| Offense | Court of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Domestic Abuse | Bois Forte Tribal Court | January 21, 2004 |
| Domestic Abuse | Bois Forte Tribal Court | July 23, 2008 |
| Domestic Abuse (two counts) | Bois Forte Tribal Court | August 25, 2010 |

SCANNED
DEC. 0 4 2012
U.S. DISTRICT COURT ST. PAUL

FILED  DEC 0 3 2012
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

<u>United States v. Mark Allen Isham</u>

did commit a domestic assault against C.R.K., also an Indian, with whom the defendant was similarly situated to a spouse and with whom the defendant shares a child in common, in violation of Title 18, United States Code, Sections 117 and 1151.

                        A TRUE BILL

_____      _____
UNITED STATES ATTORNEY            FOREPERSON